**Order entered February 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00209-CV

**FLUOR INTERCONTINENTAL, INC., Appellant**

**V.**

**DAVID DAWSON, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

On January 29, 2014, we ordered Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, to file a supplemental record no later than February 10, 2014. To date, the supplemental record has not been filed. However, we have learned, through a different appeal pending before the Court, that Ms. Dobbins has had "medical challenges" that have affected her ability to prepare records timely. Accordingly, on our own motion, we **GRANT** Ms. Dobbins an extension of time to file the supplemental record and **ORDER** the record be filed no later than March 7, 2014. Because she has represented to the Court that she has hired help, we caution her that no further extensions will be granted absent exigent circumstances.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE